

# Missouri Court of Appeals
## Southern District

## DECEMBER 30, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1. SD33871, SD33872 & SD33873 (Consolidated)
   Interest of Z.N.S., D.J.S., and K.L.S.  J.L.M., Appellant
   vs.
   Greene County Juvenile Office, Respondent

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 30.25(b).

1. SD33654   State of Missouri, Plaintiff-Respondent
   vs.
   Johnny R. Davis, Jr., Defendant-Appellant